JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIUS BRADFORD, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br><br>            Defendants. | Case No. 2:13-cv-9475-FMO-JCx<br><br>[Hon. Fernando M. Olguin]<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Compl. Filed:    October 22, 2013<br>FAC Filed:       November 27, 2013 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  April 30, 2014

/s/
Hon. Fernando M. Olguin
United States District Judge

– 1 –

ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

US_ACTIVE-117421416.1-MRKLEINM